It is ORDERED that the petition for certification is denied.

170 A.3d 301

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
BRIAN PALADINO, DEFENDANT–PETITIONER.

June 27, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002991–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 302

STATE OF NEW JERSEY, PLAINTIFF–CROSS–RESPONDENT, v.
ROBERT L. EVANS, DEFENDANT–CROSS–PETITIONER.

June 27, 2017

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgement in A–000489–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is granted; and it is further

ORDERED that the cross-appellant may electronically serve and file a supplemental brief on or before August 28, 2017, and cross-respondent may electronically serve and file a supplemental brief forty-five (45) days after the filing of cross-appellant's sup-

plemental submission, or, if cross-appellant declines to file such a submission, on or before October 12, 2017.